UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

GLENN RAYMOND DEAN                                                              PLAINTIFF

v.                                                       CIVIL ACTION NO. 3:09CV-P244-S

LOUISVILLE METRO POLICE DEPT. et al.                         DEFENDANTS

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date and being otherwise sufficiently advised, **IT IS ORDERED** that Plaintiff's claims against Ryan D. Reynolds; Carrie Mroskey Marchegion; WLKY News Channel 32; the Mayor of Louisville; and Louisville Metro Police Chief Robert White and Plaintiff's official-capacity claims against Todd Tremain, John Black, Carl L. Payne, and William Wilson are **DISMISSED** with prejudice for failure to state a claim within the meaning of 28 U.S.C. § 1915A(b)(1).

Date:

cc:      Plaintiff, *pro se*
        Defendants
        Jefferson County Attorney
4411.009