UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

GLENN RAYMOND DEAN                                                        PLAINTIFF

v.                                                         CIVIL ACTION NO. 3:09CV-P244-S

LOUISVILLE METRO POLICE DEPT. et al.                                   DEFENDANTS

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date and being otherwise sufficiently advised, the motion to dismiss filed by John Black and Todd Tremaine (DN 38) is **GRANTED**. The claims against these Defendants are **DISMISSED with prejudice**, and the Clerk of Court is directed to **terminate** them as parties to this action.

Date:

cc:    Plaintiff, *pro se*
       Counsel of record
4411.009